B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Minnesota

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> Smith Jones, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> DBA Midwest Manufacturing Co. | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) <br> 41-0991494 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> 117 W Second St <br> Stanberry, MO <br> ZIP Code 64489 | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> Gentry | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     *** Clinton E. Cutler 158094 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Smith Jones, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)        (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Smith Jones, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Clinton E. Cutler
Signature of Attorney for Debtor(s)

Clinton E. Cutler 158094
Printed Name of Attorney for Debtor(s)

Fredrikson & Byron, P.A.
Firm Name

200 South Sixth St
Suite 4000
Minneapolis, MN 55402
Address

612.492.7000 Fax: 612.492.7077
Telephone Number

September 9, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Patrick Finn
Signature of Authorized Individual

Patrick Finn
Printed Name of Authorized Individual

Chief Restructuring Officer
Title of Authorized Individual

September 9, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Minnesota

In re   Smith Jones, Inc.
                          Debtor(s)

Case No. _____
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Pension Benefit Guaranty Corp<br>1200 K St NW<br>Washington, DC 20005 | Attn. Ashley<br>Pension Benefit Guaranty Corp<br>1200 K St NW<br>Washington, DC 20005<br>202.326.4000 x3421 | Employees' Retirement Plan | | 3,643,631.00<br><br>(0.00 secured) |
| Pension Benefit Guaranty Corp<br>1200 K St NW<br>Washington, DC 20005 | Attn: Ashley<br>Pension Benefit Guaranty Corp<br>1200 K St NW<br>Washington, DC 20005<br>202.326.4000 x3421 | Pension fund liabilities | Unliquidated | 2,686,683.00<br><br>(0.00 secured) |
| Whitesell - Profile Steel<br>75 Remittance Dr<br>Ste 6461<br>Chicago, IL 60675-6461 | Steve Naseef<br>Whitesell - Profile Steel<br>75 Remittance Dr Ste 6461<br>Chicago, IL 60675-6461<br>313.937.2560 | Trade debt | Contingent<br>Unliquidated<br>Disputed | 1,068,757.69 |
| Iowa Workforce Development<br>PO Box 4846<br>Des Moines, IA 50306-4846 | Iowa Workforce Development<br>PO Box 4846<br>Des Moines, IA 50306-4846<br>515.281.39619 | 2009 State Unemployment taxes | | 102,296.64<br><br>(0.00 secured) |
| David Townsend<br>1975 Alpha Dr<br>Commerce Township, MI 48382 | James F. Roll, Esq.<br>David Townsend<br>1975 Alpha Dr<br>Commerce Township, MI 48382<br>248.689.1801 | Pension recipient & judgment | | 79,998.66 |
| Foley & Lardner LLP<br>777 E Wisconsin Ave<br>Milwaukee, WI 53202-5306 | Tim Sheehan<br>Foley & Lardner LLP<br>777 E Wisconsin Ave<br>Milwaukee, WI 53202-5306<br>414.271.2400 | Legal services | | 68,497.86 |
| US EPA Region 7<br>Attn: Shelley Brodie<br>901 N Fifth St<br>Kansas City, KS 66101 | Attn: Shelley Brodie<br>US EPA Region 7<br>901 N Fifth St<br>Kansas City, KS 66101<br>913.551.7706 | 5 year study costs | | 53,331.47 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Smith Jones, Inc.  
                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Constellation Energy<br>15246 Collections Ctr Dr<br>Chicago, IL 60693 | Brian Nickerson<br>Constellation Energy<br>15246 Collections Ctr Dr<br>Chicago, IL 60693<br>800.470.9331 | Trade debt | | 49,842.52 |
| Sonnax<br>1 Automatic Dr<br>PO Box 440<br>Bellows Falls, VT 05101-0440 | Anna Kendall<br>Sonnax<br>1 Automatic Dr<br>Bellows Falls, VT 05101-0440<br>800.843.2600 | Trade debt | | 28,929.17 |
| Dennis Thompson<br>211 Broad St<br>Grinnell, IA 50112 | Dennis Thompson<br>211 Broad St<br>Grinnell, IA 50112<br>641.236.4047 | Former Employee | | 22,066.42 |
| Barry Stark (Deceased)<br>1811 - 7th Ave<br>Grinnell, IA 50112 | Teri Stark<br>Barry Stark (Deceased)<br>1811 - 7th Ave<br>Grinnell, IA 50112<br>641.236.8677 | Former Employee (deceased) | | 21,616.64 |
| David Hobbs<br>320 High St<br>PO Box 58<br>Kellogg, IA 50135 | David Hobbs<br>320 High St, PO Box 58<br>Kellogg, IA 50135<br>641.526.3262 | Former Employee | | 21,253.86 |
| GarryStoner<br>525 W 2nd St S<br>PO Box 603<br>Newton, IA 50208 | Garry Stoner<br>525 W 2nd St S, PO Box 603<br>Newton, IA 50208<br>641.791.2536 | Former Employee | | 21,154.31 |
| Michael Miller<br>424 E 12th St S<br>Newton, IA 50208 | Michael Miller<br>424 E 12th St S<br>Newton, IA 50208<br>641.781.9053 | Former Employee | | 20,633.96 |
| Richard Anderson<br>1110 Prairie St<br>Grinnell, IA 50112 | Richard Anderson<br>1110 Prairie St<br>Grinnell, IA 50112<br>641.236.8569 | Former Employee | | 20,633.69 |
| Carlo Supino<br>904 N 4th Ave W<br>Newton, IA 50208 | Carlo Supino<br>904 N 4th Ave W<br>Newton, IA 50208<br>641.792.4723 | Former Employee | | 20,515.50 |
| John Bestell<br>404 Lyman St<br>Kellogg, IA 50135 | John Bestell<br>404 Lyman St<br>Kellogg, IA 50135<br>641.526.8765 | Former Employee | | 20,153.53 |
| Cary VanZee<br>10171 Illinois Ave<br>Kellogg, IA 50135 | Cary VanZee<br>10171 Illinois Ave<br>Kellogg, IA 50135<br>641.526.3390 | Former Employee | | 18,562.31 |

B4 (Official Form 4) (12/07) - Cont.

In re  Smith Jones, Inc.
          Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| John Cupples<br>201 W 9th St N<br>Newton, IA 50208 | John Cupples<br>201 W 9th St N<br>Newton, IA 50208<br>641.791.2218 | Former Employee | | 18,481.26 |
| Gary Young<br>419 W 2nd St S<br>Newton, IA 50208 | Gary Young<br>419 W 2nd St S<br>Newton, IA 50208<br>641.792.9988 | Former Employee | | 18,306.14 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  September 9, 2011

Signature  /s/ Patrick Finn
Patrick Finn
Chief Restructuring Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | |
| Smith Jones, Inc. | Case No. BKY 11-_____ |
| Debtor. | Chapter 11 Case |

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

I, Patrick Finn, declare under penalty of perjury that I am the Chief Restructuring Officer of Smith Jones, Inc. (the "Corporation"), a Minnesota corporation, and that on August 9, 2011 the following resolution was duly adopted by the Board of Governors of the Corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Patrick Finn, the Chief Restructuring Officer of this corporation is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved that Patrick Finn, the Chief Restructuring Officer of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved that Patrick Finn, the Chief Restructuring Officer of this corporation, is authorized and directed to employ Clinton Cutler, attorney, and the law firm of Fredrikson & Byron, P.A. to represent the corporation in such bankruptcy case."

Executed on: September 9, 2011    Signed: */e/ Patrick Finn*_____
                                                                             Patrick Finn, Chief Restructuring Officer
                                                                             Lighthouse Management Group, Inc.
                                                                             3900 Northwoods Drive, Suite 215
                                                                             Arden Hills, MN 55112

**LOCAL RULE REFERENCE: 1008-1**

4985415

# United States Bankruptcy Court
## District of Minnesota

In re: Smith Jones, Inc.
Debtor(s)

Case No.
Chapter: 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Smith Jones, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Amtek Auto Ltd. (INDIA)
3, LSC, Pamposh Enclave
Greater Kailash Part 1
New Delhi, INDIA 110048

☐ None [*Check if applicable*]

September 9, 2011
Date

/s/ Clinton E. Cutler
Clinton E. Cutler 158094
Signature of Attorney or Litigant
Counsel for Smith Jones, Inc.
Fredrikson & Byron, P.A.
200 South Sixth St
Suite 4000
Minneapolis, MN 55402
612.492.7000 Fax:612.492.7077

**Form 1007-1 – Statement Of Compensation By Debtor's Attorney**

**United States Bankruptcy Court**
**District of Minnesota**

In re  Smith Jones, Inc.                                                                 Case No.   11 - _____
                                    Debtor                                               Chapter    11

STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) and § 329(a) of the Bankruptcy Code, states that:

1. The undersigned is the attorney for the debtor in this case and files this statement as required by applicable rules.

2. (a) The filing fee paid by the undersigned to the clerk for the debtor in this case is: $1,039.00

    (b) The compensation paid or agreed to be paid by the debtor to the undersigned is: **hourly rate as allowed by the Court**

    (c) Prior to filing this statement, the debtor paid to the undersigned: **See Application to Employ**

    (d) The unpaid balance due and payable by the debtor to the undersigned is: See 2(b)

3. The services rendered or to be rendered include the following:

    (a) analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 of the United States Code;

    (b) preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court;

    (c) representation of the debtor at the meeting of creditors;

    (d) negotiations with creditors; and

    (e) other services reasonably necessary to represent the debtor in this case.

4. The source of all payments by the debtor to the undersigned was or will be from earnings or other current compensation of the debtor, and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor, except as follows: None.

5. The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

Dated:  September 9, 2011                    Signed:  */e/ Clinton E. Cutler*
                                                      Clinton E. Cutler (#158094)
                                                      Cynthia A. Moyer (#211229)
                                                      FREDRIKSON & BYRON, P.A.
                                                      200 South Sixth Street, Ste 4000
                                                      Minneapolis, MN 55402
                                                      Phone (612) 492-7000
                                                      Fax (612) 492-7077
                                                      ccutler@fredlaw.com
                                                      cmoyer@fredlaw.com
4986596_1.DOC                                         PROPOSED ATTORNEYS FOR DEBTOR

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
    Smith Jones, Inc.
        Debtor(s).

**SIGNATURE DECLARATION**

Case No. 11-_____

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☒ OTHER (Please describe: Petition, List of Creditors Holding 20 Largest Unsecured Claims, and Statements)

We, the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: September 9, 2011

X _____
Signature of Debtor or Authorized Representative

Patrick Finn
Printed Name of Debtor or Authorized Representative

_____
Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)
4986589_1.DOC

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy